# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

SOUTH BETHLEHEM ASSOCIATES, LP : No. 95 MAL 2021
:
:
:
v. : Petition for Allowance of Appeal
: from the Order of the
: Commonwealth Court
ZONING HEARING BOARD OF :
BETHLEHEM TOWNSHIP, :
PENNSYLVANIA :
:
:
:
v. :
:
:
CENTRAL PA EQUITIES 30, LLC :
:
:
:
PETITION OF: SOUTH BETHLEHEM :
ASSOCIATES, LP :

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of March, 2022, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issues set forth below. Allocatur is **DENIED** as to all remaining issues. The issues, as stated by Petitioner, are:

    (1)    Whether the Commonwealth Court of Pennsylvania erroneously applied an aggrieved party standard that was repealed by the legislature and replaced by a provision granting [Petitioner] the right to appeal since it was deemed a party and opposed the proposed zoning relief during the underlying [zoning hearing board] hearing.

    (2)    Whether the Commonwealth Court of Pennsylvania erroneously entered an order dismissing the appeal due to lack of standing pursuant to [Pennsylvania Rule of Appellate Procedure] 1114(b)(7)] where [Petitioner]

who was located only two (2) blocks from the subject property had a right to an appeal even if an aggrieved party standard is applied.

Justice Brobson did not participate in the consideration or decision of this matter.